UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



United States Courts
Southern District of Texas
FILED

OCT 20 2017

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. H-17-161 (4) S |
| ) | |
| ROBERT TIMOTHY THOMPSON, ) | |
| Defendant ) | |

## SUPERSEDING INFORMATION

### COUNT ONE
(Conspiracy to Possess with Intent to Distribute)

From mid-2014, through the date of this Superseding Information, in the Southern District of Texas, and elsewhere,

**ROBERT TIMOTHY THOMPSON,**

defendant herein, did unlawfully, knowingly, and intentionally, combine, conspire, confederate, and agree with others, known and unknown, to possess with the intent to distribute a controlled substance. This violation involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

By: _____
SHELLEY J. HICKS
Assistant United States Attorney
(713) 567-9711