# UNITED STATES DISTRICT COURT

Southern     **DISTRICT OF**     Texas

**WAIVER OF INDICTMENT**

United States of America

**V.**

ROBERT TIMOTHY THOMPSON,

**Case Number:** H-17-161 (4) S

United States Courts
Southern District of Texas
FILED
OCT 20 2017
David J. Bradley, Clerk of Court

Defendant(s)

I, ROBERT TIMOTHY THOMPSON, , the above-named defendant, who is accused of

Being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on _____ prosecution by indictment and consent
                                             *Date*
that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
               Judicial Officer